# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, ) ) ) | 2:12-cv-01256-GMN-VCF |
| Plaintiff, ) ) | **MINUTE ORDER** |
| v. ) ) | (Motion to Deposit Funds into Court Pursuant to Fed. R. Civ. P. 67 #5) |
| 2500 WASHINGTON, LLC, ) ) | |
| Defendant. ) ) | |

Before the court is plaintiff National Credit Union Administration Board's Motion to Deposit Funds into Court Pursuant to Fed. R. Civ. P. 67 (#5).

On July 17, 2012, the complaint was filed (#1) and summons were issued to the defendant (#3). The instant motion was filed on August 23, 2012. (#5). The court issued a minute order on August 28, 2012, ordering plaintiff to serve defendant with the instant motion and the issued summons. (#6). Plaintiff was unable to serve defendant in person and rendered service via certified mail to defendant's registered agent, managing member, and managers. (#8 & #9). To date, the court has not received a copy of the certified mail receipt or any proof of receipt of service.

Accordingly and for good cause shown,

IT IS ORDERED that on or before October 12, 2012, plaintiff provide the court with a copy of the certified mail receipt and an update on the status of receipt of service.

DATED this 28th day of September, 2012.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**