1   Joseph J. Kistler (3458)
Cynthia G. Milanowski (5652)
2   HUTCHISON & STEFFEN, LLC
Peccole Professional Park
3   10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89144
4   Telephone:  (702) 385-2500
Facsimile:   (702)-385-2086
5
*Attorneys for Plaintiff, the National Credit Union*
6   *Administration Board, in its Capacity as Liquidating*
*Agent of Ensign Federal Credit Union*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
NATIONAL CREDIT UNION                    Case No. 2:12-cv-1256-JAD-VCF
11  ADMINISTRATION BOARD, in its Capacity
as Liquidating Agent of ENSIGN FEDERAL   **ORDER GRANTING DEFAULT**
12  CREDIT UNION,                            **JUDGMENT AND RELEASE OF FUNDS**
                                         **DEPOSITED WITH COURT**
13
                        Plaintiff,
14
        v.
15
2500 WASHINGTON, LLC, a Nevada limited
16  liability company, DOES I-X, and ROE
CORPORATIONS I-X,
17
                        Defendant.
18

19         Plaintiff National Credit Union Administration Board, in its Capacity as Liquidating Agent

20  of Ensign Federal Credit Union's ("Plaintiff" or the "Liquidating Agent") Motion for Default

21  Judgment and for Release of Funds Deposited (Doc. #24) with Court came on for hearing before

22  this Court on December 6, 2013.  Plaintiff appeared by and through its counsel, Cynthia G.

23  Milanowski, Esq. of the law firm of Hutchison & Steffen, LLC, and Kempe C. Hayes ("Mr.

24  Hayes), agent for plaintiff.  No opposition was filed and no one appeared on behalf of 2500

25  Washington, LLC ("Defendant").  The Court having considered Plaintiff's motion, oral argument

26  and testimony given by Mr. Hayes, and good cause appearing:

                                    -1-

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is to be entered in favor of Plaintiff and against Defendant as follows:

(1)     Deficiency of Six Hundred Thousand Eighty-Two Nine Hundred Eighty-Three Dollars and Eighty-Two Cents ($682,983.82);

(2)     Pre-judgment interest, accrued to-date on the deficiency, in the amount of One Hundred Twenty-One Two Hundred Forty-Three Dollars and Twenty-Nine Cents ($121,243.29);

(3)     Post-judgment interest accruing at the statutory rate, until paid in full;

(4)     Litigation costs in the amount of One Thousand One Hundred Sixty-Six Dollars and Fifteen Cents ($1,166.15); and

(5)     Reasonable attorneys' fees in the amount of Eight Thousand Eight Hundred Fifty-Seven Dollars and Fifty Cents ($8.857.50).

**IT IS FURTHER ORDERED** that Plaintiff's request for release of funds deposited with Court is **GRANTED**.  The Clerk is hereby directed to immediately release to Plaintiff the amount of Twenty-Eight Thousand Dollars and 00/100 Cents ($28,000.00) and any interest accrued thereon, which was deposited with the Court on November 21, 2012 (Doc. #16.)

Dated: this 11th day of December, 2013:

_____
UNITED STATES DISTRICT JUDGE

-2-