# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

National Credit Union Administration Board,

Plaintiff,

V.

2500 Washington, LLC

Defendant.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01256-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiff National Credit Union Administration Board and against Defendant 2500 Washington, LLC as follows: 1) Deficiency of $682,983.82; 2) Pre-judgment interest in the amount of $121,243.29; 3) Post-judgment interest accruing at the statutory rate, until paid in full; 4) Litigation costs in the amount of $1,166.15; and 5) Attorneys' fees in the amount of $8,857.50.

December 12, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk